U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 12 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 13 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

UNITED STATES OF AMERICA    *    CASE NO. 03-10003-01

VERSUS                      *    JUDGE JAMES

CREASY S. TYLER             *    MAGISTRATE JUDGE ~~SHEMWELL~~ Kirk
    Defendant

AND

HAYNES BEST WESTERN OF ALEXANDRIA, L.L.C.
AND ITS SUCCESSORS OR ASSIGNS
    Garnishee

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, Haynes Best Western of Alexandria, L.L.C., and its successors or assigns, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on June 22, 2007, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of wages, that the defendant is paid on a semi-monthly basis, and that for the pay period in effect on the date of service on the garnishee, defendant earned gross wages of $920.00 and net wages of $849.62.

On May 10, 2007, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that pursuant to 28 U.S.C. §3205 and 15 U.S.C. §1673(a) Garnishee and its successors or assigns pay into the hands of the United States Attorney, for each and every pay period that the defendant, Creasy S. Tyler, is employed by Garnishee and its successors or assigns and is due wages, the **lesser** of:

1. Twenty-five percent (25%) of defendant's disposable earnings or $300.00, whichever is less; or
2. All amounts of defendant's disposable earnings in excess of thirty times the federal minimum wage,

and that Garnishee and its successors or assigns continue said payments until the debt to plaintiff is paid in full or until the Garnishee and its successors or assigns no longer has custody, possession or control of any property belonging to defendant or until further order of this Court. Payments to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, no less frequently than monthly, payable to the United States Clerk of Court, and mailed to the Office of the United States Clerk, 300 Fannin Street, Suite 1167, Shreveport, LA 71101, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Dated: 7/13/2007   By: _____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Garnishee Order has been served upon Creasy S. Tyler, 1197 Clifton Road, Clifton, LA 71447 and upon Haynes Best Western of Alexandria, LLC, Attn: Susan Haynes, 2720 West MacArthur Drive, Alexandria, LA 71303, by placing same in the United States Mail, postage prepaid, first class, on this the 12th day of July, 2007.

_____
Sheila W. Still
Financial Litigation Unit